# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00305-CV

### In re Courtney Spencer

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed an unopposed motion to dismiss this original proceeding, along with an advisory informing the Court that the parties have resolved their dispute in the underlying matter. Accordingly, we grant Relator's unopposed motion to dismiss the cause.

Karin Crump, Justice

Before Justices Triana, Theofanis and Crump

Filed: May 16, 2025